```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 4 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOSHUA FLADGER, et al.,

                 Plaintiffs,

-against-

ZVI MANOR, MANOR MOVING & STORAGE,
LTD., BETTER MOVE INC., and ASSA ELDAR,

                 Defendants.
------------------------------------- x

ORDER APPROVING FLSA
SETTLEMENT
17 Civ. 2249 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement and dismissing the case. (*See* ECF No. 48.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with any exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement agreement in the amount of $125,000 is approved;

2. The request by Rose Law Group, PLLC for attorneys' fees and costs in the amount of $25,000.00 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: September 24, 2018
      New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE